[Cite as *Goad v. Dept. of Rehab. & Corr.*, 2011-Ohio-2739.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

RONNIE GOAD

    Plaintiff

    v.

DEPARTMENT OF REHABILITATION AND CORRECTION

    Defendant

    Case No. 2010-10556-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On September 15, 2010, plaintiff filed this action against defendant, Department of Rehabilitation and Correction (DRC), alleging his personal property was lost or stolen as a result of negligence on the part of DRC staff. On November 17, 2010, defendant filed an investigation report, stating on October 28, 2010, plaintiff signed a full and final release of the claim against defendant in consideration for $ 60.00. Thus defendant requests that the court dismiss plaintiff's claim in its entirety. Plaintiff did not respond to defendant's investigation report.

{¶ 2} The release in pertinent part states:

{¶ 3} "The undersigned inmate does hereby release, hold harmless from any liability and forever discharge the State of Ohio and the Department of Rehabilitation and Correction, their offices, employees, and agents, personally or in any capacity, from any and all claims, actions, causes of action, demands, costs, expenses, and any and all other damages, which the undersigned inmate ever had, now has, or in the future may have, or claim to have, against the State of Ohio or the Department of Rehabilitation and Correction, their officers, employees, and agents for loss of or

damage to property arising out of the following incident: Art Supplies-Reference Case NO. 2010-10556 AD."

{¶ 4} Upon review, the signing of the release by plaintiff constitutes the voluntary dismissal of his case against defendant. Accordingly, plaintiff's case is DISMISSED. The court shall absorb the court costs for this claim. The clerk shall serve upon all parties notice of the entry of dismissal and its date of entry upon the journal.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Ronnie Goad, #579-459               Gregory C. Trout, Chief Counsel
5900 B.I.S. Road                    Department of Rehabilitation
Lancaster, Ohio  43130              and Correction
                                    770 West Broad Street
                                    Columbus, Ohio  43222

SJM/laa
3/7
Filed 3/10/11
Sent to S.C. reporter 5/27/11